**Order entered January 17, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-01000-CV

**AMY E. EDWARDS, Appellant**

**V.**

**DALCOR SKYLINE LTD. D/B/A SKYLINE, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-22-03182-E**

### ORDER

The record before the Court reflects that appellant has filed for bankruptcy. This automatically suspends further action in this appeal. *See* TEX. R. APP. P. 8.2. Accordingly, we **ABATE** this appeal. It may be reinstated on prompt motion by any party complying with Rule 8.3 and specifying what further action, if any, is required from this Court. *See id.* 8.3.

/s/   ROBERT D. BURNS, III
CHIEF JUSTICE